[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 11-13645
Non-Argument Calendar
_____

D.C. Docket No. 6:11-cr-00024-GKS-GJK-1

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

versus

DOMINIQUE JUST FIELDS,
a.k.a. Dominique Fields,

Defendant – Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(January 10, 2013)

Before MARCUS, MARTIN and KRAVITCH, Circuit Judges.

PER CURIAM:

Robert Godfrey, appointed counsel for Dominique Fields in this direct criminal appeal, has moved to withdraw from further representation of the appellant, and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S. Ct. 1396 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Fields's convictions and sentences are **AFFIRMED.**